DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROLDY DANIEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0775

[December 3, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case No. 50-2019-CF-004347-AXXX-MB.

Daniel Tibbitt of Daniel J. Tibbitt, P.A., North Miami, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Kimberly T. Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Johnson v. State*, 397 So. 3d 626, 637–38 (Fla. 2024) (finding trial court did not abuse its discretion in admitting video of law enforcement interrogating defendant).

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***